appellants to serve a second amended complaint, separately stating and numbering the alleged various causes of action, unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ CATHERINE S. GOODMAN, Appellant, v. MILTON J. GOODMAN, Respondent.— Order entered on August 4, 1960, denying motion to modify a judgment of divorce by increasing the alimony therein awarded to plaintiff wife reversed, on the law, on the facts, and in the exercise of discretion, and the motion granted to the extent of increasing permanent alimony from $35 per week to $50 per week, with $20 costs and disbursements of the appeal to plaintiff-appellant. While it may be true that defendant's financial circumstances have not changed since the entry of the judgment in 1959, it is not substantially contradicted that the plaintiff's circumstances have changed, both physically and financially. Consequently, the modest increase allowed is indicated. Settle order on notice. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ JOSEPH LA TORRE, Appellant, v. KENTUCKY LEASING CORP., Respondent.— Appeal from order entered May 5, 1960, denying plaintiff's motion for a preference under subdivision 5 of rule IV of the Bronx County Supreme Court Rules, unanimously dismissed. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ JOSEPH LA TORRE, Appellant, v. KENTUCKY LEASING CORP., Respondent.— Order entered on August 22, 1960, denying plaintiff's motion for reconsideration of the denial of the application for a preference under subdivision 5 of rule IV of the Bronx County Supreme Court Rules, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ R. C. GLUCK & CO., INC., Respondent, v. LOUIS TANKEL, Doing Business as GENERAL STAMP CO., Appellant.— Order entered on October 10, 1960, sustaining respondent's exceptions filed to the sufficiency of appellant's undertaking on appeal from the judgment entered on March 14, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ ALATHEA MOON, Respondent, v. RAMON E. MOON, Appellant.— Order entered on September 29, 1960, granting plaintiff wife's motion for temporary alimony and counsel fees in an action for annulment unanimously reversed, on the law, on the facts, and in the exercise of discretion, and the motion denied, with $20 costs and disbursements of the appeal to abide the event. On the present record there is an insufficient showing of probability of success on the cause of action seeking an annulment. Moreover, plaintiff wife has sufficient means and income of her own and she has not shown a substantial change in her circumstances as a result of the marriage to her financial detriment. In view of these facts plaintiff wife has not shown the necessity for either temporary alimony or counsel fees. Motion for a stay dismissed, having become academic by virtue of the decision of this court decided herein. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MORRIS FREEDMAN et al., Doing Business as FREEDMAN BROS., Appellants, v. NORDDEUTSCHER LLOYD (United States Navigation Co., Agents), Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Noonan, JJ. [22 Misc 2d 397.]

■ BELL TELEVISION, INC., et al., Appellants, v. CAL-NEW YORKER, INC., et al., Defendants, and NEW YORKER TOWERS, LTD., Respondent.— Order entered on September 15, 1960, granting defendant-respondent's motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the amended complaint,